UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QI ZHANG,

                Plaintiff,

-against-

BANK OF AMERICA, N.A., et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/24/2024

24-CV-01320 (MMG) (BCM)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      Having been advised that the claims asserted in this action have been settled in principle with Defendant Bank of America, N.A., *see* Dkt. No. 17, it is hereby ORDERED that all deadlines, dates, and appearances are hereby ADJOURNED *sine die* with respect to Defendant Bank of America, N.A. only.  Plaintiff and Defendant Bank of America, N.A. shall file their anticipated Notice of Voluntary Dismissal with Prejudice, or, if settlement is ongoing, Plaintiff and Defendant Bank of America, N.A. shall file a letter updating the Court on the status of settlement no later than **June 7, 2024**.  If the Court does not receive either a Notice of Voluntary Dismissal with Prejudice or such a letter, then all dates, deadlines, and appearances will be re-instated as to Defendant Bank of America, N.A.  The Clerk of Court is respectfully directed to terminate Dkt. No. 15 as moot.

      On March 7, 2024, the Court similarly ordered that Plaintiff and Defendant Experian Information Solutions, Inc. file either a Notice of Voluntary Dismissal with Prejudice or a letter updating the Court on the status of settlement.  Dkt. No. 12.  The Court still has not received either a Notice of Voluntary Dismissal with Prejudice or such a letter.  Accordingly, it is hereby ORDERED that Plaintiff and Defendant Experian Information Solutions, Inc. shall either file a Notice of Voluntary Dismissal with Prejudice or a status letter no later than **April 30, 2024**.  If the Court does not receive either a Notice of Voluntary Dismissal with Prejudice or a letter, then all dates, deadlines, and appearances will be re-instated as to Defendant Experian Information Solutions, Inc.

      In light of Plaintiff and Defendant Equifax Information Services, LLC's joint letter and proposed Civil Case Management Plan (Dkt. Nos. 18 & 19), it is hereby ORDERED that the Initial Pretrial Conference scheduled for April 30, 2024, is ADJOURNED *sine die*.  Plaintiff and Defendant Equifax Information Services, LLC shall be referred to Magistrate Judge Barbara C. Moses for settlement by separate order.  It is further ORDERED that, **no later than 14 days after their settlement conference before Magistrate Judge Moses**, Plaintiff and Defendant Equifax Information Services, LLC shall file a joint letter on ECF regarding the status of settlement.

2

The Clerk of Court is respectfully directed to terminate Dkt. No. 21 as moot.

Dated: April 24, 2024
New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge