```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QI ZHANG,

                    Plaintiff,

-against-

BANK OF AMERICA, N.A., et al.,

                    Defendants.

24-CV-01320 (MMG)

**ORDER OF DISMISSAL**

MARGARET M. GARNETT, United States District Judge:

    On April 24, 2024, the Court adjourned all deadlines, dates, and appearances *sine die* as to Defendant Bank of America, N.A., after having been advised that the claims asserted in this action have been settled in principle with Defendant Bank of America, N.A. Dkt. No. 22. On April 30, 2024, Plaintiff voluntarily dismissed this action with prejudice and without costs against Defendant Experian Information Solutions, Inc. Dkt. No. 24.

    Now, the Court having been advised at Dkt. No. 26 that all claims asserted herein have been settled in principle as to Defendant Equifax Information Services, LLC, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs (including attorneys' fees) and without prejudice to the right to reopen the action **within 45 days** of the date of this Order if the settlement is not consummated.

    Any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.

    If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

    Any pending motions are moot. All conferences are cancelled. The Clerk of Court is directed to CLOSE the case.

Dated: May 7, 2024
       New York, New York

                                              SO ORDERED.

                                              MARGARET M. GARNETT
                                              United States District Judge